Certificate Number: 05781-PAE-DE-041208863

Bankruptcy Case Number: 26-12839



05781-PAE-DE-041208863

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 10:32 o'clock AM PDT, Monica Turner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 15, 2026            By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President